FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 18-69019 | | Trustee Name: | Martha A. Miller |
| --- | --- | --- | --- | --- |
| Case Name: | MARVELAY, LLC. | | Date Filed (f) or Converted (c): | 11/09/2018 (f) |
| For the Period Ending: | 06/30/2019 | | §341(a) Meeting Date: | 12/17/2018 |
| | | | Claims Bar Date: | 02/25/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Bank of America Business Checking 5268 | $41,436.02 | $41,436.02 | | $0.00 | $0.00 |
| Asset Notes: | No funds in account | | | | | |
| 2 | Office furniture 52 2x4 foot black desks, peeling and heavily used | Unknown | $0.00 | | $0.00 | FA |
| 3 | 39 Used Dell Computers (i3 & i5), Monitors Mice & Keyboards | Unknown | $0.00 | | $0.00 | FA |
| 4 | 2601 Summers Street, Ste 300 Kennesaw GA 30144 (Leased) | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Customer List | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Collection of Judgment | $0.00 | $1.00 | | $0.00 | $1.00 |
| Asset Notes: | Working with State of Georgia Attorney general's Office on collection of judgment.  Value is Trustee's placement value only. | | | | | |
| 7 | Potential Avoidable Transfers                                (u) | $0.00 | $1.00 | | $0.00 | $1.00 |
| Asset Notes: | Value is Trustee placement value only | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                             **Gross Value of Remaining Asset**

$41,436.02          $41,438.02          $0.00          $2.00

---

**Major Activities affecting case closing:**

07/30/2019    Won motion to enter consent order with State of GA on claim;  preparing investigation on avoidance claims

Initial Projected Date Of Final Report (TFR):    11/09/2019        Current Projected Date Of Final Report (TFR):    12/31/2020        /s/ MARTHA A. MILLER

MARTHA A. MILLER