**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 18-69019 | Trustee Name: | Martha A. Miller |
|---|---|---|---|
| Case Name: | MARVELAY, LLC. | Date Filed (f) or Converted (c): | 11/09/2018 (f) |
| For the Period Ending: | 06/30/2020 | §341(a) Meeting Date: | 12/17/2018 |
| | | Claims Bar Date: | 02/25/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Bank of America Business Checking 5268 | $41,436.02 | $41,436.02 | | $0.00 | $0.00 |
| | Asset Notes: No funds in account | | | | | |
| 2 | Office furniture 52 2x4 foot black desks, peeling and heavily used | Unknown | $0.00 | | $0.00 | FA |
| 3 | 39 Used Dell Computers (i3 & i5), Monitors Mice & Keyboards | Unknown | $0.00 | | $0.00 | FA |
| 4 | 2601 Summers Street, Ste 300 Kennesaw GA 30144 (Leased) | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Customer List | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Collection of Judgment | $0.00 | $1.00 | | $0.00 | $1.00 |
| | Asset Notes: Working with State of Georgia Attorney general's Office on collection of judgment. Value is Trustee's placement value only. | | | | | |
| 7 | Potential Avoidable Transfers (u) | $0.00 | $1.00 | | $0.00 | $1.00 |
| | Asset Notes: Value is Trustee placement value only | | | | | |
| **TOTALS (Excluding unknown value)** | | **$41,436.02** | **$41,438.02** | | **$0.00** | **Gross Value of Remaining Assets** **$2.00** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/27/2020 | place t/c to call special counsel and asst. AG |
| 10/20/2019 | Awaiting order in Cobb Superior Ct. |
| 07/30/2019 | Won motion to enter consent order with State of GA on claim; preparing investigation on avoidance claims |

| Initial Projected Date Of Final Report (TFR): | 11/09/2019 | Current Projected Date Of Final Report (TFR): | 12/31/2021 | /s/ MARTHA A. MILLER |
|---|---|---|---|---|
| | | | | MARTHA A. MILLER |