IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| MARVELAY, LLC | : | |
| | : | CASE NO. 18-69019 |
| Debtor. | : | |
| | : | |

## NOTICE OF PLEADING, DEADLINE TO
## OBJECT OR RESPOND, AND FOR HEARING

Martha A. Miller, as the Chapter 7 Trustee ("Trustee" or "Plaintiff") for the bankruptcy estate of Marvelay, LLC ("Marvelay" or "Debtor"), has filed her *Motion for Order Authorizing Compromises and Settlements with Sky Adventures Inc., Rohr Balloons LLC, Balloons over Virginia, Inc., and Frank Riehl d/b/a ABC Safari Balloon Adventures under Federal Rule of Bankruptcy Procedure Rule 9019* (Doc. 149, the "Motion") on May 10, 2021.  Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response opposing the Motion on or before June 3, 2021.  **If you oppose the relief requested in the Motion, you must timely file your response in opposition to the Motion with the Bankruptcy Clerk** at Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, Atlanta, Georgia 30303, and serve a copy on Debtor's attorney, Garrett A. Nail, Portnoy, Garner & Nail LLC, 3350 Riverwood Parkway, Suite 460, Atlanta, Georgia 30339, by the response deadline. The response must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the Motion has been scheduled for **June 10, 2021, at 10:15 a.m. in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**. If a response is timely filed and served, the hearing will proceed as scheduled.  **If you do not file a response within the time permitted, the Court may grant the relief requested without further notice or a hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing.  If no response is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**GIVEN THE CURRENT PUBLIC HEALTH CRISIS, HEARINGS MAY BE TELEPHONIC ONLY.  PLEASE CHECK THE "IMPORTANT INFORMATION REGARDING COURT OPERATIONS DURING COVID-19 OUTBREAK" TAB AT THE TOP OF THE GANB WEBSITE PRIOR TO THE HEARING FOR INSTRUCTIONS ON WHETHER TO APPEAR IN PERSON OR BY PHONE.**

Notice is hereby given:


May 10, 2021.                                    /s/ Gregory D. Ellis
                                                Gregory D. Ellis
                                                Georgia Bar No. 245310
                                                LAMBERTH, CIFELLI, ELLIS
                                                & NASON, P.A.
                                                6000 Lake Forrest Drive, N.W., Ste. 435
                                                Atlanta, GA 30328
                                                (404) 262-7373
                                                gellis@lcenlaw.com

                                                *Counsel for Trustee*

                                                /s/ Garrett A. Nail
                                                Garrett A. Nail
                                                Georgia Bar No. 997924
                                                PORTNOY GARNER & NAIL LLC
                                                3350 Riverwood Parkway, Suite 460
                                                Atlanta, Georgia 30339
                                                (678) 385-9712
                                                gnail@pgnlaw.com

                                                *Special Counsel for Trustee*